**MAINE JUDICIAL BRANCH**

| USDA | Plaintiff | ☐ Superior Court ☒ District Court |
| --- | --- | --- |
| | | County: CUMBERLAND |
| V. | | Location (Town): BRIDGTON |
| | | Docket No.: BRIDC-RE-2025-26 |
| KRISTIN BENT, ET AL | Defendant | |
| | | USDC Case No.: 2:25-CV-00143-SDN |

## CLERK'S NOTICE

This case was referred to this court for foreclosure mediation. The Court has been informed that mediation in this case has been concluded. Thus, the case is administratively closed. The plaintiff shall file a copy of this Notice with the U.S. District Court.

Parties may retrieve personal financial documents in the mediation file at the BRIDGTON DISTRICT Court within 30 days.

Date (mm/dd/yyyy): 11-3-25

▶ *Elise M. McAllister*
Clerk

CC: All Parties/Counsel

USDC DOCKET: 2:25-CV-00143-SDN
BRIDGTON DISTRICT COURT DOCKET: BRIDC-RE-2025-26



RECEIVED
NOV 06 2025
Jensen Baird Gardner & Henry

```
UNITED STATES DEPARTMENT OF AGRICULTURE - PLAINTIFF        DISTRICT COURT
                                                           BRIDGTON
Attorney for: UNITED STATES DEPARTMENT OF AGRICULTURE      Docket No  BRIDC-RE-2025-00026
KEVIN J CROSMAN   - RETAINED 07/21/2025
JENSEN BAIRD
P.O. BOX 4510
PORTLAND ME 04112-4510                                     DOCKET RECORD


v.
KRISTIN ALLEN BENT  - DEFENDANT
15 ALDER ST
NAPLES ME 04055

Filing Document: CLERK CERTIFICATE Minor Case Type:  OTHER REAL ESTATE
Filing Date: 07/21/2025
```

**Docket Events:**

```
07/29/2025 FILING DOCUMENT - CLERK CERTIFICATE FILED ON 07/21/2025


07/29/2025 Party(s):  UNITED STATES DEPARTMENT OF AGRICULTURE
           ATTORNEY - RETAINED ENTERED ON 07/21/2025

           Plaintiff's Attorney: KEVIN J CROSMAN

07/29/2025 MEDIATION - INFORMATIONAL SESSION REQUESTED ON 07/21/2025


07/29/2025 MEDIATION - INFORMATIONAL SESSION SCHEDULED FOR 11/03/2025 at 08:15 a.m.
             in Room No.  1


07/29/2025 MEDIATION - INFORMATIONAL SESSION NOTICE SENT ON 07/29/2025

           I/S ZOOM

11/03/2025 MEDIATION - INFORMATIONAL SESSION HELD ON 11/03/2025


11/03/2025 MEDIATION - MEDIATION REPORT UNRESOLVED ON 11/03/2025

           DEF TO SELL HOUSE

11/03/2025 Party(s):  UNITED STATES DEPARTMENT OF AGRICULTURE,KRISTIN ALLEN BENT
           FINDING - REMAND TO DISTRICT COURT ENTERED ON 11/03/2025


11/03/2025 FINDING - FINAL JUDGMENT CASE CLOSED ON 11/03/2025
```

**Receipts**
```
           07/29/2025    Misc Fee Payments       $200.00    paid.
```

BRIDC-RE-2025-00026
                                                        DOCKET RECORD

A TRUE COPY
ATTEST: _____
                        Clerk